

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900   **MAIN**
212.484.3990   **FAX**

afslaw.com

November 15, 2022

VIA ECF

**Brittany H. Sokoloff**
Associate
212.745.9555   **DIRECT**
brittany.sokoloff@afslaw.com

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:   Case No. 1:22-cv-08634 (LGS), 41-45 Property Owner, LLC v. CDM1, LLC, Request to Adjourn Pretrial Conference**

Dear Judge Schofield:

We represent CDM1, LLC in the above-matter.  This letter is written to request an adjournment of the telephonic pretrial conference, presently scheduled for December 14, 2022 at 4:10 p.m., to a date that is convenient for the Court.  CDM1 is not available on December 14.  The Parties have conferred and are all available on December 19, 20 (other than 2:30pm), and 21.

This is CDM1's first request for an adjournment.  This request will not affect the dates by which CDM1 will file its responsive pleading and by which Plaintiff will file its answer to any counterclaim that CDM1 may assert.  Nor will this affect the Parties' submission of a Joint Letter to the Court on December 7, 2022.  No other dates have been set in this matter.

Plaintiff consents to this request.

Sincerely,

*/s/ Brittany H. Sokoloff*

Brittany H. Sokoloff

BHS

**Smart In
Your World®**

NY:55029540.1