UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
41-45 PROPERTY OWNER, LLC,

                           Plaintiff,                    22 Civ. 8634 (LGS)

      -against-                          ORDER

CDM1, LLC,

                           Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on January 4, 2023, regarding Defendant's anticipated motion to dismiss. For the reasons discussed at the conference, it is hereby

**ORDERED** that Defendant's motion shall be briefed according to the following schedule:

- By **January 20, 2023**, Defendant shall file the motion, with a memorandum of law not to exceed twenty-five (25) pages.

- By **February 1, 2023**, Plaintiff shall file any opposition, not to exceed twenty-five (25) pages.

- By **February 15, 2023**, Defendant shall file its reply in support of the motion, not to exceed ten (10) pages.

The parties shall comply with the Court's Individual Rules in filing the motion and supporting papers.

Dated: January 5, 2023
         New York, New York

                                                    LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE