UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
41-45 PROPERTY OWNER, LLC,

                      Plaintiff,             22 Civ. 8634 (LGS)

    -against-                       ORDER

CDM1, LLC,

                     Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on January 20, 2023, Defendant filed a motion to dismiss the Second Cause of Action in the Complaint, which alleges a breach of the implied covenant of good faith and fair dealing.

       WHEREAS, on March 22, 2023, Plaintiff filed a letter motion regarding a discovery dispute. The letter motion details five categories of information about which Plaintiff would like to question Defendant's Rule 30(b)(6) witness at an upcoming deposition. It is hereby

       **ORDERED** that Defendant's motion to dismiss is **GRANTED**. An opinion will issue separately. Accordingly, Plaintiff shall not take discovery that is relevant solely to the implied covenant claim.

Dated: March 28, 2023
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE