**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
41-45 PROPERTY OWNER, LLC,

                Plaintiff,

    -against-                               22 **CIVIL** 8634 (LGS)

                                                       **<u>JUDGMENT</u>**

CDM1, LLC,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 17, 2023, Defendant's motion to dismiss the Second Cause of Action, for breach of the implied covenant of good faith and fair dealing, is granted.

**Dated:**  New York, New York

     April 18, 2023

                                                        **RUBY J. KRAJICK**

                                                         _____
                                                          **Clerk of Court**

                            **BY:**      *K. Mango*
                                                          _____
                                                          **Deputy Clerk**