

**ArentFox Schiff LLP**

233 South Wacker Drive
Suite 7100
Chicago, IL  60606

312.258.5500   **MAIN**
312.258.5600   **FAX**

afslaw.com

August 2, 2023

VIA ECF

**Frederick J. Sperling**
Partner and Executive Committee Member
312.258.5608   **DIRECT**
frederick.sperling@afslaw.com

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Case No. 1:22-cv-08634 (LGS), 41-45 Property Owner, LLC v. CDM1, LLC, Request to Adjourn August 9, 2023 Telephonic Conference</u>

Dear Judge Schofield:

We represent CDM1, LLC in this case.  This letter is written to request an adjournment of the upcoming telephonic conference, which was rescheduled yesterday from August 2 at 4:10 p.m. to August 9 at 4:10 p.m.  We have a conflict on August 9.  Counsel for both Parties have conferred and are all available on August 14-17.

This request will not affect any other dates in this matter.  All letters concerning the Parties' requests for leave to file motions for summary judgment have been submitted.  No other dates have been set in this matter.

Counsel for Plaintiff consents to this request.

Sincerely,

ArentFox Schiff LLP

*/s/ Frederick J. Sperling*

Frederick J. Sperling

Application **GRANTED**.  The August 9, 2023, conference is **ADJOURNED** to **August 16, 2023, at 4:10 P.M.**  The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333.  The start time is approximate but the parties shall be prepared to begin at the scheduled time.  So Ordered.

Dated: August 3, 2023
       New York, New York

L‍ORNA G. S‍CHOFIELD
U‍NITED S‍TATES D‍ISTRICT J‍UDGE

**Smart In
Your World**®