UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
41-45 PROPERTY OWNER, LLC,

                   Plaintiff,          22 Civ. 8634 (LGS)

      -against-                     ORDER

CDM1, LLC,

                   Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an order issued August 3, 2023, set a case management conference for August 16, 2023. It is hereby

    **ORDERED** that, due a last-minute conflict on the Court's calendar, the August 16, 2023, conference is **ADJOURNED** to **August 23, 2023**, at **4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The start time is approximate, but the parties shall be prepared to begin at the scheduled time.

Dated: August 16, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE