UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 41-45 PROPERTY OWNER, LLC,<br><br>    Plaintiff and Counter-Defendant,<br><br>-against-<br><br>CDM1, LLC,<br><br>    Defendant and Counter-Plaintiff | Case No. 1:22-cv-08634 (LGS) |

### DECLARATION OF ADAM DIEDERICH IN SUPPORT OF CDM1, LLC'S MOTION FOR SUMMARY JUDGMENT

I, Adam J. Diederich, declare under penalty of perjury that:

1. I am a partner at the law firm of ArentFox Schiff LLP, serving as litigation counsel to Defendant and Counter-Plaintiff CDM1, LLC ("CDM1"). I am an attorney admitted *pro hac vice* in this Court. I make this declaration in support of CDM1's motion for summary judgment. I am familiar with the information set forth in this declaration either from personal knowledge or on the basis of documents I have reviewed.

2. Annexed hereto as **Exhibit 1** are excerpts from the deposition transcript of Charles ("Chip") Carey.

3. Annexed hereto as **Exhibit 2** are excerpts from the deposition transcript of Louis Buckworth.

4. Annexed hereto as **Exhibit 3** are excerpts from the deposition transcript of Kathryn Brandvold.

5. Annexed hereto as **Exhibit 4** is a true and correct copy of excerpts of the Option Agreement executed by the parties on or about October 6, 2017.

6. Annexed hereto as **Exhibit 5** are excerpts from the deposition transcript of Arturo Moreno.

7. Annexed hereto as **Exhibit 6** is a true and correct copy of excerpts of the Offering Plan dated September 16, 2014.

8. Annexed hereto as **Exhibit 7** are excerpts from the deposition transcript of Victor Confeiterio.

9. Annexed hereto as **Exhibit 9** is a true and correct copy of emails between Ron Noll, Domenick DeAngelis, and Katy Brandvold on December 31, 2018.

10. Annexed hereto as **Exhibit 11** are excerpts from the deposition transcript of Avi Bortnick.

11. Annexed hereto as **Exhibit 13** are excerpts from the deposition transcript of James Cicalo.

12. Annexed hereto as **Exhibit 16** are excerpts from the deposition transcript of Henry Bethray.

13. Annexed hereto as **Exhibit 20** are excerpts from the deposition transcript of Donald Winston.

14. Attached hereto as **Exhibit 21** is a copy of the National Fire Protection Association's *Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems*, No. 25, 2011 edition, prepared by the Technical Committee on Inspection, Testing, and Maintenance of Water-Based Systems.

15. Annexed hereto as **Exhibit 22** are excerpts from the deposition transcript of Virginia Roth.

I declare under penalty of perjury that to the best of my knowledge, information and belief, the foregoing is true and correct.

Dated: Chicago, Illinois  /s/ Adam J. Diederich
       September 27, 2023  Adam J. Diederich