

> **Application GRANTED in part. The Final Pretrial Conference is RESCHEDULED to April 11, 2025, at 2:30 P.M.** The conference will be held by telephone on conference line (855) 244-8681, access code 23111938649.
>
> This action continues to be in second place on the Court's April 2025, trial-ready calendar. If the trial in first place goes forward as scheduled, this trial will be rescheduled to take place on the Court's next available trial date. The parties' time limits for the trial will be provided at the Final Pretrial Conference. Duplicative witnesses and testimony will not be permitted at the trial. Experts shall provide their direct testimony in writing, with their written expert report appended thereto, and be subject only to live cross-examination and limited redirected as provided in the Court's Individual Trial Rules.
>
> The Clerk of Court is respectfully directed to close the motion at Dkt. No. 116.
>
> Dated: April 2, 2025
> New York, New York
>
> *(signed)*
> **LORNA G. SCHOFIELD**
> UNITED STATES DISTRICT JUDGE

March 31, 2025

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: *41-45 Property Owner, LLC v. CDM1 LLC*
S.D.N.Y. Case No. 22-CV-8634(LGS)

Dear Judge Schofield:

    This firm represents Plaintiff in the above-mentioned matter. Pursuant to Rule I.B.3 of this Court's Individual Rules and Procedures for Civil Cases, we write to request a brief adjournment of the final pretrial conference from April 15, 2025 to any day during the following week (April 21-25, 2025).

    The reason for this request is that the final pretrial conference is presently scheduled during the Passover holiday and public schools' spring break. As a result, all my colleagues staffed on this matter and I will be away and/or unavailable that entire week. This adjournment will not affect the trial that is presently second place on the Court's trial-ready calendar and scheduled to begin on April 28, 2025.

    There have been no prior adjournments of the final pretrial conference. Opposing counsel does not consent to this request.

    We thank the Court for its time and attention to this matter.

                                    Respectfully submitted,

                                    /s/ Darren Oved
                                    Darren Oved

cc: All counsel of record (via ECF)