UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                           :

41-45 PROPERTY OWNER, LLC,                       :

                     Plaintiff,                                   :

                                                    :      22 Civ. 8634 (LGS)

            -against-                                    :

                                                    :      <u>SCHEDULING ORDER</u>

CDM1, LLC et al.,                                     :

                     Defendants.                          :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on August 26, 2025.  A referral to Magistrate Judge Valerie Figueredo for settlement will issue separately.  It is hereby

**ORDERED** that, prior to the settlement conference before Judge Figueredo, Plaintiff shall provide Defendant with a settlement proposal.  It is further

**ORDERED** that, by **September 8, 2025**, the parties shall file a revised list of witnesses each party intends to call at trial, indicating whether they will testify live or by deposition to be read into the record or played via videotape.  Any deposition designations for trial, including counter-designations, shall be filed by **September 29, 2025**.  At trial, each party will be limited to 2.5 hours, including direct, cross, brief redirect and any argument, including the reading or playing of depositions.  It is further

**ORDERED** that, by **September 12, 2025,** the parties shall file their experts' written direct testimony, in each case with the full expert report appended.  If a report is voluminous, a party may file just the testimony and email Chambers requesting a link to upload the report in lieu of filing.  The direct testimony will not count against a party's time.

Dated: August 27, 2025
       New York, New York

                                                       LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE