UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

41-45 PROPERTY OWNER, LLC,

                           Plaintiff,                          22-CV-8634 (LGS)

      -against-                           **ORDER SCHEDULING**
                                              **SETTLEMENT CONFERENCE**

CDM1, LLC,

                           Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **September 19, 2025, at 10 a.m**, via Zoom. The Zoom information will be emailed to the parties closer to the conference date. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter. The parties are directed to refer to the Court's standing order applicable to settlement conferences, available at https://www.nysd.uscourts.gov/hon-valerie-figueredo As indicated in that order, parties must submit pre-conference submissions, via e-mail to chambers, no later than **September 12, 2025**.

                **SO ORDERED.**

DATED:      August 29, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge