UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                     :
41-45 PROPERTY OWNER, LLC,           :
                        Plaintiff,           :
                                                    :        22 Civ. 8634 (LGS)
                 -against-                      :
                                                    :        ORDER
CDM1, LLC,                                        :
                        Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, a Final Pretrial Conference is scheduled in this action for September 16, 2025, at 3:15 P.M. in Courtroom 1106 of the United States District Court for the Southern District of New York at 40 Foley Square, New York, New York, 10007. It is hereby

        **ORDERED** that the conference is ADJOURNED to **September 25, 2025, at 3:00 P.M.** It is further

        **ORDERED** that the conference will instead be held **telephonically** on the following conference line: 888-363-4749, access code: 558-3333.

Dated: September 11, 2025
        New York, New York

                                              LORNA G. SCHOFIELD
                                              **UNITED STATES DISTRICT JUDGE**