UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 41-45 PROPERTY OWNER, LLC,<br><br>   Plaintiff and Counter-Defendant,<br><br>-against-<br><br>CDM1, LLC,<br><br>   Defendant and Counter-Plaintiff | Case No. 1:22-cv-08634 (LGS) |

**DECLARATION OF VICTOR CLEMENTE**

I, Victor Clemente, declare that the following facts are true and correct to the best of my knowledge and belief:

1. I am a Senior Associate at Cerami & Associates. I have worked there for ten years. My job includes handling acoustical testing, vibration testing, and troubleshooting on noise or vibration issues that get referred to Cerami. On April 10, 2023 I was retained by CDM1, LLC to work as an acoustical expert. I have conducted two acoustical tests in connection with my investigation and in advance of preparing my expert reports in this case. I have personal knowledge of all the matters set forth in this declaration.

**Background**

2. In 1988, I graduated from Penn State with a Bachelor of Science in Electrical Engineering.

3. I have over 25 years of experience developing acoustical and noise control solutions for clients. I have worked for Cerami & Associates, an acoustic design and technology consulting

firm for nine years. I am a Senior Associate at Cerami, and my role involves acoustical testing, vibration testing, and troubleshooting the cause of noise or vibration complaints.

4. Prior to working at Cerami I worked for Industrial Acoustics Company, a company that manufactures noise control products. I ran Industrial Acoustic's research facility and ran tests on products and developed prototypes for new noise control products.

5. I have been retained as an expert witness four times, excluding this case. On each occasion, I provided sound measurements and expert analysis on sources of noise. This case will be my first time testifying in a trial.

6. CDM1 originally retained me to inspect the two-story fire suppression tank and accessory pumps (the automatic fire pump and the jockey pump) for the fire protection system at 520 Park Avenue (the "System") in the double height room adjacent to PH-58 (the "Tank Room") and to conduct acoustical testing in the Tank Room. The purpose of this inspection and testing was to evaluate the noise levels emitted when the System located in the Tank Room was activated. The scope of my retention was later expanded to conduct acoustical testing in PH-58, the apartment adjacent to the Tank Room (the "Unit").

7. I prepared two reports. An opening report dated May 18, 2023 (the "Report"), attached as DX-76, and a rebuttal report dated June 16, 2023 (the "Rebuttal Report"), attached as DX-77.

**April 18, 2023 Site Inspection and Acoustical Testing**

8. On April 18, 2023, I visited the Building to inspect the Tank Room and conduct acoustical testing in the Tank Room and the hallway adjacent to the Tank Room.

9. The Tank Room is adjacent to the Unit and shares a wall with the Unit

10. There are two ways for noise to travel from the Tank Room to the Unit. First, the System makes noise when it operates. That noise travels through the air and the walls. I was interested in whether there were any gaps or holes through which noise might travel.

11. The second way for noise to travel from the Tank Room to the Unit is through rigid connections. Rigid connections refer to the connections between equipment and the surrounding structure. Rigid connections transmit vibration from the equipment to the surrounding structures. Once in the structure, these vibrations turn into airborne noise in spaces surrounding the Tank Room, including the Unit. The more vibration, the louder the noise in the Unit. I observed rigid connections between the equipment and the surrounding structure.

12. When I was ultimately allowed to conduct acoustical testing in the Unit, as discussed further below, extensive noise transmitted out of the Tank Room and into the Unit.

### *The Doors Had No Acoustical Seals or Gasketing*

13. To the first point, the jockey and fire suppression pumps will make noise when they operate. In addition to traveling through the walls, that noise can travel through gaps or holes in walls or doorways.

14. Figure A-4 in my Report (DX-76 at A-4 and DX-55) is a photo of the door connecting the Unit to a hallway.



15. On April 18, 2023, I took the elevator up to PH 58 and exited onto an L shaped hallway. (*See* DX-23 at 38.) From that hallway, I could enter into the stairwell, the Tank Room, and the Unit. (*See id.*)



DX-23

4

16.     Figure A-4 in my Report (DX-76 at A-4, included above) is the door from that hallway into the Unit. There are no acoustical seals or gasketing placed on the door in Figure A-4. (S*ee also* DX-61 and DX-62.)



DX-61                                   DX-62

17.     Because sound travels through the air from one place to another, noise will pass through gaps between the door and the frame and move from the hallway into the Unit.

   ***Rigid Connections***

18.     Figure A-1 in my Report (DX-76 at A-1 and DX-52) is a photograph of the automatic fire pump in the Tank Room. From this photograph, you can tell that the automatic fire pump is rigidly mounted to housekeeping pads on the floor slab. This is one example of the rigid connections I saw.


Figure A-1: Fire pump

19. Figure A-3 in my Report (DX-76 at A-3 and DX-54) is a photograph of the jockey pump or the auxiliary pump in the Tank Room. Like the automatic fire pump, it is rigidly mounted.


Figure A-3: Auxiliary pump

20. Figure A-2 in my Report (DX-76 at A-2 and DX-53) is a photograph of the mezzanine above the pumps. As discussed, the Tank Room is two stories. There are several associated pipes in the room. These pipes are rigidly suspended from the underside of the

6

Case 1:22-cv-08634-LGS    Document 142    Filed 09/12/25    Page 7 of 15

mezzanine deck, which in turn was rigidly attached to the surrounding structure, including the demising wall to the bedroom in the Unit. When the pump goes off, vibrations from the pump will transmit to the demising wall which will turn into airborne noise in the bedroom.



Figure A- 2: Mezzanine above pump

*Acoustical Testing*

21.     On April 18, 2023, the Building permitted us to conduct acoustical testing in the Tank Room, the Access Hallway, and the stairwell. The Building agreed that it would operate the System one time for a total of seven minutes. I took four different sound measurements during that time, two in the Tank Room, one in the hallway, and one in the stairwell.

22.     Measurements were taken using "A-weighted" Sound Pressure Levels, referred to as dBA in measurements. A-weighted sound levels provide excellent correlation to the human response to noise at low to moderate sound levels. The A-weighting network approximates the sensitivity of the human ear at moderate sound levels by de-emphasizing high and low frequencies because the ear is less sensitive to these ranges. *See* Report at Appendix B § 1.1. A-weighting is the standard measure for determining noise pollution.

7

23. As reflected in my Report, the System got increasingly louder. First the jockey pump went off. That measured as 73dBA. The System was loudest as the automatic fire pump was starting up, operating at 99 dBA. Once the System was running, it created noise that measured 92dBA in the Tank Room.

24. The Access Hallway, though quieter, still measured at 72dBA.

25. Operation of the System also created vibration that was clearly perceptible in the floor and demising walls of the Tank Room and in the Access Hallway.

**May 2, 2023 Acoustical Testing**

26. I returned to the Building on May 2, 2023 to conduct acoustical testing in the bedroom in the Unit that was adjacent to the Tank Room ("Bedroom 2").

27. As with my first measurements, I recorded measurements that reflected the sound level when the jockey pump was running, when the automatic fire pump was starting up, when the System was running, and when the System was off.

28. New York City's Noise and Building Codes each have provisions that address noise levels. Among the relevant sections, NYC Noise Code Section 24-203 defines unreasonable noise as "any excessive or unusually loud sound that disturbs the peace, comfort or repose of a reasonable person of normal sensitivities, injures or endangers the health or safety of a reasonable person of normal sensitivities or which causes injury to plant or animal life, or damage to property or business." NYC Noise Code § 24-227 addresses how loud a circulation device (which would include a pump like the automatic fire pump) can be when "inside a receiving property dwelling unit" or when measured "3 feet inside an open window inside a receiving property dwelling unit." NYC Building Code Section 1207.2.2 addresses the maximum amount of noise that can be created by elevator machine rooms and machinery spaces containing equipment that are "located vertically

8

or horizontally adjacent to dwelling units." NYC Noise Code § 24-218(b) defines what noise is unreasonable, and therefore prohibited, within a receiving property. *See* DX-76 at Appendix B; DX-77 at Appendix A. I refer to sections of the NYC Noise Code and NYC Building Code solely to show that the System, in violating these sections, is unreasonably loud when running.

29. NYC Noise Code Section 24-227 states that "no person shall operate or permit to be operated a circulation device in such a manner as to create a sound level in excess of 42 dB(A) when measured inside a receiving property dwelling unit." A circulation device is defined as "any device which circulates a gas or fluid." The automatic fire pump is a circulation device. When running, the automatic fire pump created sound levels of 60 dBA. The System violates NYC Noise Code, which again serves only as a benchmark for understanding how loud the System is when running.

30. NYC Building Code Section 1207.2.2 establishes the maximum noise levels allowed in a residence adjacent to a mechanical room, particularly when pure tones are present. A pure tone occurs when noise at one frequency is considerably louder than noise in the adjacent frequencies. This is the case with an automatic fire pump.

31. In the NYC Building Code, when pure tones are present, the maximum noise level allowed is further reduced by 5 dB at the frequency of the tone. This is because, in general, pure tones, which are concentrated at one frequency, stand out more to the ear than sounds spread out over various frequencies. When the sound is unwanted, the noise can be considered more disturbing to the peace, comfort, or repose of a reasonable person of normal sensitivities.

32. Emergency vehicle sirens are an example of pure tones. The noise is concentrated at one frequency, so the siren stands out from other noise.

33. Tables 3, 4, 5, and 6 in my Report list the octave band noise levels that I measured when considering pure tones.

34. Looking at Table 4, which measures noise levels when the automatic fire pump starts, the automatic fire pump creates sound levels that exceed what is permitted under NYC Building Code 1207.2.2. The automatic fire pump startup exceeded the NYC Building Code by as much as 27 dB.[1] Additionally, the operating of the automatic fire pump creates pure tones.

**Table 4: Octave Band Noise Measurements in Bedroom of PH-58, Pump Startup**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 66 |
| 125 | 53 | 64 |
| 250 | 41 | 68* |
| 500 | 40 | 52 |
| 1000 | 31 | 58* |
| 2000 | 29 | 48* |
| 4000 | 28 | 36* |
| 8000 | 32 | 31 |

(*) Pure tone present as defined by NYC Building Code
-> Yellow shading indicates exceedance of NYC Building Code

35. Looking at Table 3, which lists the noise measurements I recorded when the System is running, the System creates sound levels that exceed what is permitted under NYC Building Code 1207.2.2. The System exceeded the NYC Building Code limit by as many as 26 dB. The operating of the System also creates pure tones.

---

[1] In contrast with dBA, which is weighted according to frequency to reflect human hearing sensitivity, dB, or decibels, at specific frequencies are unweighted.

Table 3: Octave Band Noise Measurements in Bedroom of PH-58, Pump Running

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 64 |
| 125 | 53 | 66 |
| 250 | 46 | 63 |
| 500 | 35 | 61* |
| 1000 | 36 | 43 |
| 2000 | 29 | 44* |
| 4000 | 33 | 35 |
| 8000 | 32 | 29 |

(*) Pure tone present as defined by NYC Building Code

-> Yellow shading indicates exceedance of NYC Building Code

36. As I stated in my Report, based on the observed noise in Bedroom 2 when the System is in operation, it is my opinion that the noise would also violate NYC noise code section 24-202 and 24-203. Sections 24-202 and 24-203 are applicable because they set forth the public policy in New York City that sound levels should not be detrimental to an individual's life, health and enjoyment of their property. *See* Section 24-202. Under Section 24-203, unreasonable noise is "any excessive or unusually loud sound that disturbs the peace, comfort or repose of a reasonable person of normal sensitivities." The noise generated by the System, which exceeds what is permissible under NYC building code section 1207.2.2, is therefore unreasonable under Section 24-203.

**Acoustical Device Used**

37. For both acoustical tests, I used the same Bruel & Kjaer 2270 real-time sound analyzer to measure sound. The Bruel & Kjaer 2270 is widely used in the noise and vibration industry. It meets the requirements of American National Standards Institute ANSI S1.4-1971 "Specification for Sound Level Meters" (Type 1).

11

38. To ensure my device is properly recording sound, I send it to a lab to be calibrated at least once a year, as is standard in the industry. Before testing sound in the Tank Room on April 18, 2023 and sound in the Unit on May 2, 2023, I last sent my device to a lab to be calibrated on August 26, 2022.

39. I also conducted a field calibration check immediately before and after conducting the acoustical testing. Typically, an acoustical engineer conducts a field calibration check of their equipment before and after testing sound levels. I do this by checking the instrument against a known decibel level at a known frequency. If my device measures the correct decibel, I know it is correctly recording sound levels.

40. I conducted a field calibration check on April 18, 2023 and May 2, 2023. My device was properly calibrated.

**SH Acoustics' Expert Report**

41. Like my report, the May 18, 2023 report prepared by Sponsor's expert, Virginia Roth ("Sponsor's Report"), stated that the mechanical functioning of the System would violate NYC noise code Section 24-218. PX-46 at 4 ("The Automatic Fire Pump, as measured, . . . does exceed New York City Noise Code by way of the Leq metric.") Section 24-218 prohibits unreasonable noise in excess of 7 dBA above ambient noise when measured anywhere within a receiving property between 10:00 p.m. and 7:00 a.m., and unreasonable noise in excess of 10 dBA above ambient noise measured anywhere within a receiving property between 7:00 a.m. and 10:00 p.m.

*Sound Measurements*

42. Sponsor's Report provides Leq and Lmax measurements taken in Bedroom 2 while the System is off, while the jockey pump is on, and while the System is on. The Leq number

12

represents the average measured sound level over the period of time that sound was measured. The Lmax number reflects the maximum measured sound level at any point in time while the sound measurement was being taken. The New York City Noise Code provides that "[u]nless otherwise specifically provided, all sound level measurements under this code shall be taken in Lmax . . . ." NYC Noise Code § 24-217.1.

43. Sponsor's acoustical consultant and I measured noise level in Bedroom 2 on the same day, at the same time. We stood equidistant from the Adjoining Wall and about three feet from each other. Yet some of the numbers in Sponsor's Report are materially different than the numbers in my Report.

|  | Auxiliary Pump Running | Pump Startup | Pump Running | All Pumps Off |
|---|---|---|---|---|
| **CDM1 Lmax** | 37 dBA | 62 dBA | 60 dBA | 31 dBA |
| **Sponsor Lmax** | 49 dBA |  | 51 dBA | 48 dBA |
| **Sponsor Leq** | 31 dBA |  | 47 dBA | 30 dBA |

44. The measurements in Sponsor's Report differ significantly from the Lmax figures I recorded on my device.

45. I do not believe that the measurements recorded in Sponsor's Report are accurate. Sponsor's Lmax when all pumps are off, for example, is 17 dBA higher than the numbers I recorded when all pumps were off. Sponsor's expert (Roth) agreed in her deposition that her Lmax ambient noise measurement of 48 dBA was not representative of the sound levels in the Unit when the pumps were off. (Roth Dep. at 40:15-18.)

46. The ambient noise measurements in Sponsor's Report are relevant to determining whether the mechanical functioning of the System violates NYC Noise Code 24-218, which compares noises of concern with ambient noise levels. 24-218 (b).

47. One possible reason for the disparity with my measurements could be the device Ms. Roth used, which was a Rational Acoustics RTA-420 omnidirectional microphone. Based on the microphone's product literature, I understand that it may not be suitable for precision measurements. Ms. Roth also testified that it had been over a year since she had her device lab certified. It is my opinion that Ms. Roth's measurements may not be accurate.

*NYC Noise Code Reference*

48. My Reports and Sponsor's Reports referred to different sections of the NYC Noise Code, but those differences are immaterial because the amount of noise generated by the System violates each cited section of the Noise Code.

49. Section 24-218, which Sponsor's Report cites, prohibits "unreasonable noise", which is defined under 24-218 as sound measured at a level of 7 dB(A) or more above the ambient sound level when measured anywhere within a receiving property between 10:00 p.m. and 7:00 a.m., and sound measured at a level of 10 dB(A) or more above the ambient sound level when measured anywhere within a receiving property between 7:00 a.m. and 10:00 p.m. When the Pump was running, I recorded Lmax levels of 60 dB(A) and Roth recorded Lmax levels of 51 dB(A). Using my Lmax ambient noise measurement of 31 dB(A)[1], both of these measurements establish that noise created by the System was unreasonable under Section 24-218.

---

[1] I am not considering Roth's ambient noise measurement in analyzing whether the mechanical functioning of the System violates Noise Code § 24-218 because, as even Roth concedes, her ambient noise measurement is not representative of the noise level in the Unit when the pumps were not activated.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
        September 11, 2025

                                                  Victor Clemente
                                                  Senior Associate
                                                  Cerami & Associates