

May 18, 2023

**Ref:   520 Park PH**
**HVAC Noise Investigation 2**
**C&A Project # 233310.0182**

## I.  Introduction

Cerami was engaged by counsel for defendant-counterplaintiff CDM1 to provide certain opinions regarding the acoustical levels emitted by a fire suppression system adjacent to apartment PH-58 in a luxury condominium building located at 520 Park Avenue, New York, New York (the "Unit").  The purpose of this report is to evaluate the noise levels emitted when the two-story fire suppression tank and pump system located in the mechanical equipment room immediately adjacent to the unit (respectively the "Tank and Pump System" and the "Tank and Pump Room") was activated.

I conducted two acoustical tests in connection with my investigation and in advance of preparing this report:  (1) an April 18, 2023 acoustical test of the noise level in the Tank and Pump Room and the adjacent hallway when the Tank and Pump System was activated and (2) a May 2, 2023 acoustical test of the noise level in the bedroom in the Unit abutting the Tank and Pump Room when the Tank and Pump System was activated.  The testing unequivocally showed that the noise levels generated by the Tank and Pump System exceed NYC Noise Code.  It is my expert opinion that the noise caused by the Tank and Pump System would "disturb[] the peace, comfort or repose of a reasonable person of normal sensitivities."  *See* N.Y.C. Noise Code § 24-203 ("Unreasonable noise").

In preparing this report, I considered the raw data generated during my April 18, 2023 and May 2, 2023 inspections and testing of the Tank and Pump System (attached as Exhibits 1&2).

I am a Senior Associate at Cerami & Associates, an acoustic design and technology consulting firm. I have over 25 years of experience developing acoustical and noise control solutions for clients, particularly in the area of mechanical equipment noise. My clients span various markets including consumer electronics, pro-audio, automotive, power, architectural, healthcare, and university research. In the last eight years I have been directly involved in a consulting capacity with numerous noise complaint issues at residential properties in NYC, including high rises, but I have not testified in an expert capacity in the past four years. (Curriculum Vitae, attached as Exhibit 3)

Cerami is being compensated at a flat rate of $7,500 for testing the noise levels generated by the Tank and Pump System and analyzing the results of the acoustical testing conducted on April 18, 2023 and May 2, 2023.

**II.     April 18, 2023 Testing in the Tank and Pump Room**

On April 18, 2023, Cerami visited the Tank and Pump Room to take noise measurements in and around the Tank and Pump Room when the Tank and Pump System was activated and to observe what if any sound attenuation measures had been taken in constructing the Tank and Pump Room.

Based on our observations and measurements at the site we make the following comments regarding the noise generated by the Tank and Pump system. (Please refer to Appendix A for relevant site photos.)

1. The Tank and Pump System was located in a double height room, and the walls are concrete masonry units. The fire suppression pump (Figure A-1) was at floor level while the control equipment sat on a metal deck mezzanine above it (Figure A-2).

    a. In addition to the fire suppression pump, there was also a smaller auxiliary pump (Figure A-3) in the room.

    b. The Tank and Pump Room is off an access hallway (Figure A-4) that also connects to the Unit (the "Access Hallway").

2. We understand that the Tank and Pump Room is part of the base building mechanical equipment and serves sprinklers throughout the building.

3. We understand that the Tank and Pump System is part of the building's fire emergency system.

4. We understand that the Tank and Pump Room shares a demising wall with a bedroom (Bedroom 2) in the Unit.

5. We observed rigid connections between the equipment in the Tank and Pump Room and the surrounding structure. Rigid connections can serve as vibration transmission paths between the equipment and the surrounding structure. Once in the surrounding structure, these vibrations can turn into airborne noise in surrounding spaces. This is usually referred to as structure borne noise transmission, and it is typically mitigated with the use of vibration isolators, such as spring mounts and hangers.

    a. The automatic fire pump and auxiliary pump were rigidly mounted to housekeeping pads on the floor slab. (See Figures A-1 and A-3.)

    b. Associated pipes were rigidly suspended from the underside of the mezzanine deck, which in turn was rigidly attached to the surrounding structure, including the demising wall to Bedroom 2. (See Figure A-2.)

    c.    We did not observe flexible connections where pipes connect to the automatic fire pump or auxiliary pump. (See Figure A-5.)

6. We did not observe acoustical seals or gasketing in either the door between the Tank and Pump Room and the access hallway, or the door between the access hallway and the Unit. Acoustical seals can reduce airborne noise transmission between spaces.

7. When the Tank and Pump System was in operation, we observed the following:

    a.    Vibration from operation of the Tank and Pump System was clearly perceptible in the floor and demising walls of the Tank and Pump Room and in the Access Hallway.

    b.    Table 1 below shows results from noise measurements on site.

**Table 1: Noise Measurements**

|  | Aux. Pump running | Pump startup | Pump running | All Pumps OFF |
|---|---|---|---|---|
| **Pump Room** | 73 dBA | 99 dBA | 92 dBA | 35 dBA |
| **Access Hallway** | --- | --- | 72 dBA |  |

    c.    Regarding the noise measurements in Table 1 we note that the frequency analysis of the measurements in the access hallway when the Tank and Pump System is in operation indicates the presence of pure tones at 50 Hz, 125 Hz, and 400 Hz.

    d.    I am considering pure tones because NYC Building Code section 1207.2.2 stipulates maximum noise levels allowed in a residence adjacent to a mechanical room, particularly when pure tones are present. A pure tone occurs when noise at one frequency is considerably louder than noise in the adjacent frequencies.

## III. May 2, 2023 Testing in the Unit

On May 2, 2023, Cerami visited the Unit to take noise measurements in Bedroom 2, which is adjacent to the Tank and Pump Room. Based on our observations and measurements in the Unit, we make the following comments regarding the pump noise.

1. Bedroom 2 was typically furnished and located horizontally adjacent to the Tank and Pump Room.

    a. The demising wall finish on Bedroom 2 appeared to be gypsum. (During our April 18, 2023 visit we observed that the finish on the Tank and Pump Room side appeared to be masonry.)

    b. On the same wall, there is a door that leads to the Access Hallway. The door to the Tank and Pump Room is also on the Access Hallway. (*See* Figure A-4)

        i. As we noted in Part II, we did not observe acoustical seals or gasketing in either the door between the Tank and Pump Room and the Access Hallway, or the door between the Access Hallway and the Unit. Acoustical seals can reduce airborne noise transmission between spaces.

2. When the Tank and Pump System was in operation, we observed the following, reflected in Table 2:

    **Table 2: Noise Measurements in Bedroom of PH-58**

    |  | **Aux. Pump running** | **Pump startup** | **Pump running** | **All Pumps OFF** |
    |---|---|---|---|---|
    | **Bedroom** | 37 dBA | 62 dBA | 60 dBA | 31 dBA |

    a. Regarding the noise measurements in Table 2 we note that measured noise levels during startup and run of the Tank and Pump System exceed the stipulated limits of NYC noise code section 24-227 regarding mechanical equipment (noise level in a residence must be <= 45 dBA).

    b. Tables 3-6 show results from octave band frequency noise measurements for comparison with requirements of NYC building code section 1207.2.2, which sets forth the maximum sound pressure levels for machine rooms adjacent to dwelling units.



**Table 3: Octave Band Noise Measurements in Bedroom of PH-58, Pump Running**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 64 |
| 125 | 53 | 66 |
| 250 | 46 | 63 |
| 500 | 35 | 61* |
| 1000 | 36 | 43 |
| 2000 | 29 | 44* |
| 4000 | 33 | 35 |
| 8000 | 32 | 29 |
| (*) Pure tone present as defined by NYC Building Code | | |
|   | -> Yellow shading indicates exceedance of NYC Building Code | |

**Table 4: Octave Band Noise Measurements in Bedroom of PH-58, Pump Startup**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 66 |
| 125 | 53 | 64 |
| 250 | 41 | 68* |
| 500 | 40 | 52 |
| 1000 | 31 | 58* |
| 2000 | 29 | 48* |
| 4000 | 28 | 36* |
| 8000 | 32 | 31 |
| (*) Pure tone present as defined by NYC Building Code | | |
|   | -> Yellow shading indicates exceedance of NYC Building Code | |



**Table 5: Octave Band Noise Measurements in Bedroom of PH-58, Aux. Pump Running**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 45 |
| 125 | 53 | 45 |
| 250 | 46 | 41 |
| 500 | 40 | 28 |
| 1000 | 36 | 28 |
| 2000 | 29 | 30* |
| 4000 | 33 | 17 |
| 8000 | 27 | 19* |
| (*) Pure tone present as defined by NYC Building Code | | |
|  | -> Yellow shading indicates exceedance of NYC Building Code | |

**Table 6: Octave Band Noise Measurements in Bedroom of PH-58, Ambient (Pumps OFF)**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 41 |
| 125 | 53 | 40 |
| 250 | 46 | 35 |
| 500 | 40 | 24 |
| 1000 | 36 | 21 |
| 2000 | 34 | 16 |
| 4000 | 33 | 14 |
| 8000 | 27 | 20* |
| (*) Pure tone present as defined by NYC Building Code | | |
|  | -> Yellow shading indicates exceedance of NYC Building Code | |

c.   Regarding the noise measurements in Tables 3-6 we note that measured noise levels during the automatic fire pump startup and run, as well as from the auxiliary pump, exceed NYC building code section 1207.2.2 regarding mechanical rooms adjacent to residences. This code pays particular attention to pure tones.

d.   Based on the observed noise in Bedroom 2 when Tank and Pump System is in operation, it is Cerami's opinion that the noise would also violate NYC noise



    code section 24-203. Section 24-202 sets forth that "[i]t is the public policy of the city that every person is entitled to ambient sound levels that are not detrimental to life, health and enjoyment of his or her property." Under Section 24-203, unreasonable noise is "any excessive or unusually loud sound that disturbs the peace, comfort or repose of a reasonable person of normal sensitivities." The noise generated by the Tank and Pump System, which exceeds what is permissible under NYC building code section 1207.2.2, is unreasonable.

    e.    Please refer to Appendix B for a discussion of relevant sections of the NYC noise and building codes and other terminology.

Based on the above observations, we note that pump noise inside Bedroom 2 does not comply with the requirements of NYC noise and building codes.

Victor Clemente
Sr. Associate

*J:\y2023\Projects\233310.0182\REPORTS\CORRESPONDENCE_OUT\002_520 Park PH - HVAC Noise Investigation_VC.docx*



**Appendix A: Site Photos**



*Figure A- 1: Fire pump*



*Figure A- 2: Mezzanine above pump*

520 Park PH  
C&A Project No. 233310.0182  
Page 8 of 12  
HVAC Noise Investigation 2  
Submitted May 18, 2023

New York City | Washington DC | Philadelphia | ceramiassociates.com





*Figure A- 3: Auxiliary pump*



*Figure A- 4: Access hallway*





*Figure A- 4: Rigid joint between pump and associated pipe*

520 Park PH  
C&A Project No. 233310.0182  
Page 10 of 12  
HVAC Noise Investigation 2  
Submitted May 18, 2023

New York City | Washington DC | Philadelphia | ceramiassociates.com



**Appendix B**

**1.0     Acoustic Terminology and Criteria**

The following summarizes the commonly used acoustical terminology and criteria that are applicable to this project:

**1.1     A-Weighted Sound Pressure Level (dBA)**

A-weighted sound levels provide excellent correlation to the human response to noise at low to moderate sound levels. The A-weighting network approximates the sensitivity of the human ear at moderate sound levels by de-emphasizing high and low frequencies because the ear is less sensitive to these ranges.  Unless otherwise indicated, all noise levels are expressed in decibels referenced to $20 \times 10^{-6}$ Pa.

**1.2     NYC Noise Code Section 24-203**

Section 24-203 defines unreasonable noise as "any excessive or unusually loud sound that disturbs the peace, comfort or repose of a reasonable person of normal sensitivities, injures or endangers the health or safety of a reasonable person of normal sensitivities or which causes injury to plant or animal life, or damage to property or business."

**1.3     NYC Noise Code Section 24-227 – Circulation Devices**

Section 24-227 of the New York City Noise Code states that "*no person shall operate or permit to be operated a circulation device in such a manner as to create a sound level in excess of 42 dB(A) when measured inside a receiving property dwelling unit. The measurement shall be taken with the window or terrace door open at a point three feet from the open portion of the window or terrace door.*" In addition, the cumulative sound from all circulation devices shall not exceed 45 dB(A) when measured 3 feet inside an open window inside a receiving property dwelling unit.

We note that in situations where the existing ambient noise level is already above the NYC Noise Code limit of 42 dBA, the city typically considers it a code violation if the offending piece of equipment raises the ambient noise level by 3 dBA.

**1.4     NYC Building Code Section 1207.2.2 – Machine and equipment rooms**

Section 1207.2.2 of the New York City Building Code states that *"Elevator machine rooms and machinery spaces containing equipment totaling more than 75 rated h.p. shall not be located vertically or horizontally adjacent to dwelling units unless the total sound pressure level output of all the equipment in the machine room or space is*



*certified not to exceed the maximum sound pressure levels of Table 1207.2.1 in any octave band"*

**TABLE 1207.2.1**
**MAXIMUM SOUND PRESSURE LEVELS FOR MACHINE ROOMS ADJACENT TO DWELLING UNITS, MEASURED IN THE DWELLING UNIT**

| OCTAVE BANDS, HZ MID-FREQUENCY | MAXIMUM SOUND PRESSURE LEVEL db[a] |
|---|---|
|  | db re 0.0002 microbars |
| 63 | 61 |
| 125 | 53 |
| 250 | 46 |
| 500 | 40 |
| 1000 | 36 |
| 2000 | 34 |
| 4000 | 33 |
| 8000 | 32 |

a. The maximum sound pressure levels shall be reduced five db in any octave band where the equipment data indicate pure tone generation. The presence of pure tones may be determined by means of one-third octave band analysis. The criterion for a significant pure tone component shall be an audible pure-tone sound together with an increase of the sound pressure level in the corresponding one-third octave band above the mean of the two adjacent one-third of at least:

| Center frequency of one-third octave band: | 40/125 | 160/250 | 215/500 | 630/1,000 | 1,000/10,000 |
|---|---|---|---|---|---|
| Increase in sound pressure level (db): | 6 | 4 | 3 | 2 | 1½ |

NY:55110720.5