# EXHIBIT 1

# Provided to the Court in native format