# EXHIBIT 2

# Provided to the Court in native format