

# Victor Clemente

Project Manager

| Title | Senior Associate |
| --- | --- |
| Education | Penn State University<br>Bachelor of Science, Electrical Engineering, 1988 |

With over 25 years of experience developing acoustical and noise control solutions for clients, Victor has gained expertise in areas such as consumer electronics, pro- audio, automotive, power, architectural, healthcare, and university research. Victor also has extensive experience managing NVLAP-accredited acoustical test laboratories.

Victor's problem solving skills allow him to help clients diagnose noise problems and devise long terms solutions across a broad range of industries and markets, especially in the area of construction noise and vibration monitoring in sensitive spaces.

Victor has written journal articles addressing topics such as "Free Field Simulations in Anechoic Chambers" and "Design and Performance of Acoustical Testing Center of Cummins Power Generation".

## Select Experience

Regeneron Tarrytown Campus Expansion Construction Noise Monitoring
Tarrytown, NY

American University
Noise & Vibration Monitoring
Washington, DC

561 Greenwich Construction Noise and Vibration
New York, NY

Montefiore Nyack Hospital Construction Vibration Monitoring
Nyack, NY

Columbia University Noise & Vibration Study
New York, NY

NYU LMC Science Building Noise & Vibration Monitoring New York, NY

NYU LMCScience Building School of Medicine Library
New York, NY

NYU Langone Health Berg Building Noise & Vibration Monitoring
New York, NY