

June 16, 2023

**Ref:    520 Park PH**
**Review of SH Acoustics Report of 5/18/2023**
**C&A Project # 233310.0182**

On May 18, 2023 Cerami submitted an expert report on behalf of CDM1, LLC in which it opined on the acoustical levels emitted by a fire suppression system adjacent to PH-58 in a luxury condominium building located at 520 Park Avenue, New York, New York (the "Unit").  On the same day, SH Acoustics submitted an expert report on behalf of 41-45 Property Owner LLC (the "Sponsor").  Although I disagree with the section of the New York City Noise Code that SH Acoustics applied, and I disagree with the noise measurements the SH Acoustics' report attaches at Exhibit C, I agree with SH Acoustics' ultimate finding that the noise levels emitted from the two-story fire suppression tank and pump system located in the mechanical equipment room immediately adjacent to the unit (respectively the "Tank and Pump System" and the "Tank and Pump Room") exceed the levels permitted by the NYC Noise Code.

## I.    SH Acoustics Improperly Relies on NYC Noise Code Section 24-218.

SH Acoustics' May 18, 2023 Expert Report (the "SH Report") considers whether the noise caused by the Tank and Pump System was unreasonable under NYC Noise Code Section 24-218.  Section 24-218[1] only applies to unreasonable noise that is not covered by other sections of the NYC Noise Code.  That is not the case here.  Therefore, even though Section 24-218 is more favorable to CDM1 because it prohibits even lower noise levels than those called for by NYC Noise Code Section 24-227 and NYC Building Code Section 1207.2.2, both cited in my opening report (the "CDM1 Report"), it is my opinion that the sections applied in the CDM1 Report are more suitable to analyzing noise emitted by the Tank and Pump System.  Regardless of which section is applied, as the SH Report concludes, the"[t]he Automatic Fire Pump . . . does exceed New York City Noise Code."  (SH Report at p. 4.)

NYC Noise Code Section 24-227 provides that "no person shall operate or permit to be operated a circulation device in such a manner as to create a sound level in excess of 42 dB(A) when measured inside a receiving property dwelling unit."  A circulation device is defined as "any device which circulates a gas or fluid, including but not limited to any air conditioner, pump, cooling tower, and or blower."  (§ 24-203(17).)  Receiving property is defined as "real property, including but not limited to . . . dwelling units, from which sound levels from sound sources outside such property may be measured.  For the purposes of this definition, individual offices or dwelling units within a building may constitute a receiving property."  (§ 24-203(49).)

---

[1] The relevant sections of New York City Noise Code are set forth in Appendix A to this Report.



Cerami and SH Acoustics were retained to test and opine on the acoustical levels of a two-story fire suppression tank and pump system, which is comprised of equipment including an automatic fire pump and an auxiliary pump. Each of these pumps is encompassed within the definition of a "circulation device" under the NYC Noise Code. Neither Section 227 nor the definition in Section 203(17) excludes fire pumps, like the ones at issue. The Unit, a dwelling within a building, is an example of receiving property, which has been affected by noise outside the Unit (in the Tank and Pump Room). As such, the relevant sound levels should be those set forth in NYC Noise Code Section 24-227 (less than 42 dB(A)).

NYC Building Code Section 1207.2.2 could also be applied to the noise at issue because it pertains to "machinery spaces containing equipment totaling more than 75 rated h.p." The automatic fire pump is a 100 horse power pump. Under NYC Building Code Section 1207.2.2, machine rooms like the Tank and Pump Room "shall not be located vertically or horizontally adjacent to dwelling units unless the total sound pressure level output of all the equipment in the machine room or space is certified not to exceed the maximum sound pressure levels of Table 1207.2.1 in any octave band." First, the Tank and Pump Room is immediately adjacent to a bedroom in PH-58, making this section of the NYC Building Code applicable. Second, as made clear in Tables 3-6 of the CDM1 Report (represented in the Appendix of this Report), the octave band frequency exceeds the levels set forth in NYC Building Code Section 1207.2.2. As such, the Tank and Pump System violates the NYC Building Code.

Rather than rely on either of these sections, SH Acoustics relies on NYC Noise Code Section 24-218. But Section 24-218 does not apply in situations "where a particular sound source or device is subject to decibel level limits and requirements specifically prescribed . . . elsewhere in this code." (§ 24-218(c).) Because the Tank and Pump System comprises a circulation device and because the Unit is a receiving property, it is more appropriate to apply NYC Noise Code Section 224-227. NYC Building Code Section 1207.2.2 could also be appropriately applied. In my experience, both sections are more applicable than the catchall provision in NYC Noise Code Section 24-218.

Nevertheless, the choice of code section does not ultimately affect whether there is a violation. Section 24-218 prohibits unreasonable noise in excess of 7 dB(A) above ambient when measured anywhere within a receiving property between 10:00 p.m. and 7:00 a.m., and unreasonable noise in excess of 10 dB(A) measured anywhere within a receiving property between 7:00 a.m. and 10:00 p.m. Although the SH Report and CDM1 report reflect different noise measurements, discussed in further detail below, the reports agree that ambient noise is 30-31dB(A). Using CDM1's ambient noise measurement of 31 dB(A), Section 24-218 would prohibit anything that caused 38 dB(A) or 41 dB(A) of noise. The CDM1 Report at Table 2 and the SH Report in the Table on Page 3 reflect that the noise caused by the Tank and Pump System exceeds 41 dB(A).



## II.    SH Acoustics Reported Inaccurate Noise Measurements.

Although both the CDM1 Report and the SH Report are based on noise readings measured at the same time and under the same circumstances, the numbers in the reports differ by about 10 dB(A), which is a significant disparity. The SH Report sets forth numbers that are around 10 dB(A) lower than those in the CDM1 Report. The numbers in the CDM1 Report were determined using a Bruel & Kjaer 2270 real-time sound analyzer. Bruel & Kjaer measurement instruments are well known and widely used in the noise and vibration industry. The instrument meets the requirements of American National Standards Institute ANSI S1.4-1971 "Specification for Sound Level Meters" (Type 1). Cerami is confident in the accuracy of its real-time sound analyzer, the laboratory calibration of which was field verified using a Larson-Davis Cal200 calibrator before and after measurements. The calibration certificate for Cerami's instrument is attached as Exhibit 1.

By contrast, SH Acoustics used a Rational Acoustics RTA-420 omnidirectional microphone for its measurements. Based the microphone's product literature,[2] which states that where "critical SPL[3] measurement is an important factor, consider purchasing at least one microphone that is better suited for SPL measurement," the RTA-420 microphone may not be suitable for precision measurements.

SH Acoustics has not provided a recent calibration certification for its equipment, so there is no assurance that its measurements were accurate.

## III.    Conclusions.

Even accepting SH Acoustics' measurements and choice of NYC Noise Code Section, the noise generated by the Tank and Pump System, when measured inside the Unit, does not comply with the requirements of the NYC Noise Code. In other words, the Tank and Pump System is louder than what is permitted by New York City.

Best Regards,

Victor Clemente
Sr. Associate

J:\y2023\Projects\233310.0182\REPORTS\CORRESPONDENCE_OUT\003_520 Park PH - Review of SH Acoustics Report of 05-18-2023_VC.docx

---

[2] https://www.rationalacoustics.com/products/ra-rta-420, attached as Exhibit 2.
[3] SPL stands for "sound pressure level."



**Appendix A**

### 1.0  Acoustic Terminology and Criteria
The following summarizes the commonly used acoustical terminology and criteria that are applicable to this project:

### 1.1  NYC Noise Code Section 24-218(b)
Section 24-218(b) of the NYC Noise Code prohibits the following, as unreasonable noise as measured within a receiving property or at a distance of 15 feet or more from the source on a public right-of-way:
- Non-Impulsive Sound 7 dB(A) or more above the ambient, 10PM-7AM
- Non-Impulsive Sound 10 dB(A) or more above the ambient, 7AM-10PM
- Impulsive sound 15 dB(A) or more above the ambient sound level

### 1.2  NYC Noise Code Section 24-218(b)
Section 24-218(c) of the NYC Noise Code states that "[n]otwithstanding the provisions of subdivision b of this section, where a particular sound source or device is subject to decibel level limits and requirements specifically prescribed for such source or device elsewhere in this code, the decibel level limits set forth in this section shall not apply to such sound source or device."

### 1.3  NYC Noise Code Section 24-227 – Circulation Devices
Section 24-227 of the New York City Noise Code states that "*no person shall operate or permit to be operated a circulation device in such a manner as to create a sound level in excess of 42 dB(A) when measured inside a receiving property dwelling unit.  The measurement shall be taken with the window or terrace door open at a point three feet from the open portion of the window or terrace door.*" In addition, the cumulative sound from all circulation devices shall not exceed 45 dB(A) when measured 3 feet inside an open window inside a receiving property dwelling unit.

We note that in situations where the existing ambient noise level is already above the NYC Noise Code limit of 42 dB(A), the city typically considers it a code violation if the offending piece of equipment raises the ambient noise level by 3 dB(A).

### 1.4  NYC Building Code Section 1207.2.2 – Machine and equipment rooms
Section 1207.2.2 of the New York City Building Code states that *"Elevator machine rooms and machinery spaces containing equipment totaling more than 75 rated h.p. shall not be located vertically or horizontally adjacent to dwelling units unless the total sound pressure level output of all the equipment in the*

New York City | Washington DC | Philadelphia | ceramiassociates.com



*machine room or space is certified not to exceed the maximum sound pressure levels of Table 1207.2.1 in any octave band"*

TABLE 1207.2.1
MAXIMUM SOUND PRESSURE LEVELS FOR MACHINE ROOMS ADJACENT TO DWELLING UNITS, MEASURED IN THE DWELLING UNIT

| OCTAVE BANDS, HZ MID-FREQUENCY | MAXIMUM SOUND PRESSURE LEVEL db[a] |
|---|---|
| | db re 0.0002 microbars |
| 63 | 61 |
| 125 | 53 |
| 250 | 46 |
| 500 | 40 |
| 1000 | 36 |
| 2000 | 34 |
| 4000 | 33 |
| 8000 | 32 |

a. The maximum sound pressure levels shall be reduced five db in any octave band where the equipment data indicate pure tone generation. The presence of pure tones may be determined by means of one-third octave band analysis. The criterion for a significant pure tone component shall be an audible pure-tone sound together with an increase of the sound pressure level in the corresponding one-third octave band above the mean of the two adjacent one-third of at least:

| Center frequency of one-third octave band: | 40/125 | 160/250 | 215/500 | 630/1,000 | 1,000/10,000 |
|---|---|---|---|---|---|
| Increase in sound pressure level (db): | 6 | 4 | 3 | 2 | 1½ |

## 2.0    Tables 3-6 From CDM1 Report

## Table 3: Octave Band Noise Measurements in Bedroom of PH-58, Pump Running

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 64 |
| 125 | 53 | 66 |
| 250 | 46 | 63 |
| 500 | 35 | 61* |
| 1000 | 36 | 43 |
| 2000 | 29 | 44* |
| 4000 | 33 | 35 |
| 8000 | 32 | 29 |
| (*) Pure tone present as defined by NYC Building Code | | |
| | -> Yellow shading indicates exceedance of NYC Building Code | |



**Table 4: Octave Band Noise Measurements in Bedroom of PH-58, Pump Startup**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 66 |
| 125 | 53 | 64 |
| 250 | 41 | 68* |
| 500 | 40 | 52 |
| 1000 | 31 | 58* |
| 2000 | 29 | 48* |
| 4000 | 28 | 36* |
| 8000 | 32 | 31 |
| (*) Pure tone present as defined by NYC Building Code | | |
| | -> Yellow shading indicates exceedance of NYC Building Code | |

**Table 5: Octave Band Noise Measurements in Bedroom of PH-58, Aux. Pump Running**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 45 |
| 125 | 53 | 45 |
| 250 | 46 | 41 |
| 500 | 40 | 28 |
| 1000 | 36 | 28 |
| 2000 | 29 | 30* |
| 4000 | 33 | 17 |
| 8000 | 27 | 19* |
| (*) Pure tone present as defined by NYC Building Code | | |
| | -> Yellow shading indicates exceedance of NYC Building Code | |



**Table 6: Octave Band Noise Measurements in Bedroom of PH-58, Ambient (Pumps OFF)**

| Freq., Hz | NYC Bldg. Code Limit, dB | Measured Level, dB |
|---|---|---|
| 63 | 61 | 41 |
| 125 | 53 | 40 |
| 250 | 46 | 35 |
| 500 | 40 | 24 |
| 1000 | 36 | 21 |
| 2000 | 34 | 16 |
| 4000 | 33 | 14 |
| 8000 | 27 | 20* |
| (*) Pure tone present as defined by NYC Building Code | | |
| | -> Yellow shading indicates exceedance of NYC Building Code | |