

**HOTTINGER BRÜEL & KJÆR**



Calibration
Certificate
Number
**1568.01**

The Hottinger Bruel & Kjaer  Calibration Laboratory
3079 Premiere Parkway Suite 120
Duluth, GA 30097
Telephone: 770/209-6907
Fax: 770/447-4033
Web site address: http://www.hbkworld.com

## CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

Page 1 of 10

## CALIBRATION OF:

| | | | |
|---|---|---|---|
| Sound Level Meter: | Brüel & Kjær | 2270 | Serial No: 3030979 |
| Microphone: | Brüel & Kjær | 4189 | Serial No: 2748588 |
| Preamplifier: | Brüel & Kjær | ZC-0032 | Serial No: 15893 |
| Software version: | BZ7222 Version 4.7.6 | | |

**CLIENT:**  Cerami & Associates
1001 Avenue of the Americas 4th Floor
New York, NY 10018

## CALIBRATION CONDITIONS:

| | |
|---|---|
| Preconditioning: | 4 hours at 23 $\pm 3$ °C |
| Environment conditions | See actual values in Environmental Condition sections |

## SPECIFICATIONS:

This document certifies that the instrument as listed under "Model/Serial Number" has been calibrated and unless otherwise indicated under "Final Data", meets acceptance criteria as prescribed by the referenced Procedure.  The reported expanded uncertainty is based on the standard uncertainty multiplied by a coverage factor $k$ = 2 providing a level of confidence of approximately 95%.  Statements of compliance, where applicable, are based on calibration results falling within specified criteria with no reduction by the uncertainty of the measurement.  The calibration of the listed instrumentation, was accomplished using a test system which conforms with the requirements of ISO/IEC 17025, ANSI/NCSL Z540-1, and ISO 10012-1.  For "as received" and/or "final" data, see the attached page(s).  Items marked with one asterisk (*) are not covered by the scope of the current A2LA accreditation This Certificate and attached data pages shall not be reproduced, except in full, without the written approval of the Hottinger Brüel & Kjær Calibration Laboratory-Duluth, GA.  Results relate only to the items tested.  This instrument has been calibrated using Measurement Standards with values traceable to the National Institute of Standards and Technology, National Measurement Institutes or derived from natural physical constants.

## PROCEDURE:

Hottinger Brüel & Kjær Model 3630 Sound Level Meter Calibration System Software 7763 Version 8.3 - DB: 8.30 Test Collection 2270-4189.

## RESULTS:

| As Received Condition | As Received Data | Final Data |
|---|---|---|
| _X_ Received in good condition | _X_ Within acceptance criteria | _X_ Within acceptance criteria |
| ___ Damaged - See attached report | ___ Outside acceptance criteria | ___ Limited test - See attached details |
| | ___ Inoperative | |
| | ___ Data not taken | |

Date of Calibration: 26 Aug. 2022

Certificate issued: 26 Aug. 2022

**Grant Kennedy**

*John Avitabile*

**John Avitabile**

Calibration Technician

Quality Representative

CERTIFICATE OF CALIBRATION

# Summary

| | |
|---|---|
| Preliminary inspection | **Passed** |
| Environmental conditions, Prior to calibration | **Passed** |
| Reference information | **Passed** |
| Indication at the calibration check frequency | **Passed** |
| Acoustical signal tests of a frequency weighting, C weighting | **Passed** |
| Self-generated noise, Microphone installed | **Passed** |
| Self-generated noise, Electrical | **Passed** |
| Electrical signal tests of frequency weightings, A weighting | **Passed** |
| Electrical signal tests of frequency weightings, C weighting | **Passed** |
| Electrical signal tests of frequency weightings, Z weighting | **Passed** |
| Frequency and time weightings at 1 kHz | **Passed** |
| Long-term stability, Reference | **Passed** |
| Level linearity on the reference level range, Upper | **Passed** |
| Level linearity on the reference level range, Lower | **Passed** |
| Toneburst response, Time-weighting Fast | **Passed** |
| Toneburst response, Time-weighting Slow | **Passed** |
| Toneburst response, LAE | **Passed** |
| C-weighted peak sound level, 8 kHz | **Passed** |
| C-weighted peak sound level, 500 Hz | **Passed** |
| Overload indication | **Passed** |
| Long-term stability, 1. relative | **Passed** |
| High-level stability | **Passed** |
| Long-term stability, 2. relative | **Passed** |
| Environmental conditions, Following calibration | **Passed** |

The sound level meter submitted for testing successfully completed the periodic tests of IEC 61672-3:2013, for the environmental conditions under which the tests were performed.

However, no general statement or conclusion can be made about conformance of the sound level meter to the full specifications of IEC 61672-1:2013 because (a) evidence was not publicly available, from an independent testing organization responsible for pattern approvals, to demonstrate that the model of sound level meter fully conformed to the class 1 specifications in IEC 61672-1:2013 or correction data for acoustical test of frequency weighting were not provided in the Instruction Manual and (b) because the periodic tests of IEC 61672-3:2013 cover only a limited subset of the specifications in IEC 61672-1:2013.

Conformance to a performance specification is demonstrated when the following criteria are both satisfied: (a) a measured deviation from a design goal does not exceed the applicable acceptance limit and (b) the corresponding uncertainty of measurement does not exceed the corresponding maximum-permitted uncertainty of measurement given in IEC 61672-1:2013 for the same coverage probability of 95 %.

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

# Instruments

| Category: | Type: | Manufacturer: | Serial No.: | Next Calibration Date: | Traceable to: |
|---|---|---|---|---|---|
| Voltmeter | DMM34461A | Keysight / Agilent | MY57206176 | 31 Jan. 2023 | 475445 |
| Generator | Pulse Generator | Brüel & Kjær | 3161-105190 | 13 Sep. 2022 | CAS-557942-X1W8W3-101 |
| Calibrator | 4226 | Brüel & Kjær | 2141946 | 31 Jan. 2023 | CAS-549140-C2T2B0-901 |
| AmplifierDivider | WB-3630 Output Module | Brüel & Kjær | 3183481 | 13 Sep. 2022 | CAS-541708-J2Z8Q8-101 |
| Adaptor | WA0302B, 15 pF | Brüel & Kjær | 2339121 | 31 Mar. 2023 | 22-553165 |

# Preliminary inspection

Visually inspect instrument, and operate all relevant controls. (clause 5)

| | Result |
|---|---|
| Visual inspection | OK |
| Visual inspection | OK |

# Environmental conditions, Prior to calibration

Actual environmental conditions prior to calibration. (clause 7)

| | Expected | Accept - Limit | Accept + Limit | Measured [Deg / kPa / %RH] |
|---|---|---|---|---|
| Air temperature | 23.00 | -3.00 | 3.00 | 23.60 |
| Air pressure | 101.30 | -21.30 | 3.70 | 98.00 |
| Relative humidity | 50.00 | -25.00 | 20.00 | 49.00 |

# Reference information

Information about reference range, level and channel. (clause 22.h + 22.m)

| | Value [dB SPL] |
|---|---|
| Reference sound pressure level | 94 |
| Reference level range | 140 |
| Channel number | 1 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

# Indication at the calibration check frequency

Measure and adjust sound level meter using the supplied calibrator. (clause 10 + 22.m)

|  | Expected [dB SPL / Hz] | Measured [dB SPL / Hz] | Uncertainty [dB] |
|---|---|---|---|
| Calibration check frequency (in-house calibrator) | 1000.00 | 1000.00 | 1.00 |
| Initial indication (in-house calibrator) | 94.04 | 93.24 | 0.20 |
| Adjusted indication (in-house calibrator) | 94.04 | 94.05 | 0.20 |

# Acoustical signal tests of a frequency weighting, C weighting

Frequency weightings measured acoustically with a calibrated multi-frequency sound calibrator. Averaging time is 10 seconds, and the result is the average of 2 measurements. (clause 12)

|  | Coupler Pressure Lc [dB SPL] | Mic. Correction C4226 [dB] | Body Influence [dB] | Expected [dB SPL] | Measured [dB SPL] | Accept - Limit [dB] | Accept + Limit [dB] | Deviation [dB] | Uncertainty [dB] |
|---|---|---|---|---|---|---|---|---|---|
| 1000Hz, Ref. (1st) | 94.07 | 0.10 | -0.07 | 94.04 | 94.05 | -0.7 | 0.7 | 0.01 | 0.25 |
| 1000Hz, Ref. (2nd) | 94.07 | 0.10 | -0.07 | 94.04 | 94.05 | -0.7 | 0.7 | 0.01 | 0.25 |
| 1000Hz, Ref. (Average) | 94.07 | 0.10 | -0.07 | 94.04 | 94.05 | -0.7 | 0.7 | 0.01 | 0.25 |
| 125.89Hz (1st) | 94.04 | 0.00 | 0.00 | 93.92 | 93.95 | -1.0 | 1.0 | 0.03 | 0.25 |
| 125.89Hz (2nd) | 94.04 | 0.00 | 0.00 | 93.92 | 93.95 | -1.0 | 1.0 | 0.03 | 0.25 |
| 125.89Hz (Average) | 94.04 | 0.00 | 0.00 | 93.92 | 93.95 | -1.0 | 1.0 | 0.03 | 0.25 |
| 7943.3Hz (1st) | 92.98 | 2.80 | -0.08 | 87.34 | 87.07 | -2.5 | 1.5 | -0.27 | 0.52 |
| 7943.3Hz (2nd) | 92.98 | 2.80 | -0.08 | 87.34 | 87.07 | -2.5 | 1.5 | -0.27 | 0.52 |
| 7943.3Hz (Average) | 92.98 | 2.80 | -0.08 | 87.34 | 87.07 | -2.5 | 1.5 | -0.27 | 0.52 |

# Self-generated noise, Microphone installed

Self-generated noise measured with microphone submitted for periodic testing. Averaging time is 30 seconds. An anechoic chamber is used to isolate environmental noise.

The level of self-generated noise is reported for information only and is not used to assess conformance to a requirement. (clause 11.1)

|  | Max [dB SPL] | Measured [dB SPL] | Uncertainty [dB] |
|---|---|---|---|
| A weighted | 17.70 | 16.34 | 0.50 |

CERTIFICATE OF CALIBRATION

# Self-generated noise, Electrical

Self-generated noise measured in most sensitive range, with electrical substitution for microphone, according to manufactures specifications.

The level of self-generated noise is reported for information only and is not used to assess conformance to a requirement. (clause 11.2)

|  | Max [dB SPL] | Measured [dB SPL] | Uncertainty [dB] |
|---|---|---|---|
| A weighted | 13.60 | 12.24 | 0.30 |
| C weighted | 14.30 | 12.33 | 0.30 |
| Z weighted | 19.40 | 17.40 | 0.30 |

# Electrical signal tests of frequency weightings, A weighting

Frequency response measured with electrical signal relative to level at 1 kHz in reference range. (clause 13)
Electrical and acoustical response and body influence corrections are adjusted with the respective correction values at the reference frequency, in accordance with clause 13.6

|  | Input Level [dBV] | Expected [dB SPL] | Measured [dB SPL] | Response Corr. [dB] | Body Influence [dB] | Corr. Measured [dB SPL] | Accept - Limit [dB] | Accept + Limit [dB] | Deviation [dB] | Uncertainty [dB] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000Hz, Ref. | -24.35 | 95.00 | 94.99 | 0.00 | 0.00 | 94.99 | -0.5 | 0.5 | -0.01 | 0.12 |
| 63.096Hz | 1.85 | 95.00 | 95.04 | 0.00 | 0.07 | 95.11 | -1.0 | 1.0 | 0.11 | 0.12 |
| 125.89Hz | -8.25 | 95.00 | 95.01 | 0.00 | 0.07 | 95.08 | -1.0 | 1.0 | 0.08 | 0.12 |
| 251.19Hz | -15.75 | 95.00 | 94.97 | 0.00 | 0.14 | 95.11 | -1.0 | 1.0 | 0.11 | 0.12 |
| 501.19Hz | -21.15 | 95.00 | 94.96 | 0.00 | 0.29 | 95.25 | -1.0 | 1.0 | 0.25 | 0.12 |
| 1995.3Hz | -25.55 | 95.00 | 95.01 | -0.01 | -0.02 | 94.98 | -1.0 | 1.0 | -0.02 | 0.12 |
| 3981.1Hz | -25.35 | 95.00 | 94.99 | -0.02 | -0.02 | 94.95 | -1.0 | 1.0 | -0.05 | 0.12 |
| 7943.3Hz | -23.25 | 95.00 | 94.99 | 0.00 | -0.01 | 94.98 | -2.5 | 1.5 | -0.02 | 0.12 |
| 15849Hz | -17.75 | 95.00 | 94.10 | 0.87 | 0.18 | 95.15 | -16.0 | 2.5 | 0.15 | 0.12 |

# Electrical signal tests of frequency weightings, C weighting

Frequency response measured with electrical signal relative to level at 1 kHz in reference range. (clause 13)
Electrical and acoustical response and body influence corrections are adjusted with the respective correction values at the reference frequency, in accordance with clause 13.6

|  | Input Level [dBV] | Expected [dB SPL] | Measured [dB SPL] | Response Corr. [dB] | Body Influence [dB] | Corr. Measured [dB SPL] | Accept - Limit [dB] | Accept + Limit [dB] | Deviation [dB] | Uncertainty [dB] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000Hz, Ref. | -24.34 | 95.00 | 95.00 | 0.00 | 0.00 | 95.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| 63.096Hz | -23.54 | 95.00 | 95.02 | 0.00 | 0.07 | 95.09 | -1.0 | 1.0 | 0.09 | 0.12 |
| 125.89Hz | -24.14 | 95.00 | 95.05 | 0.00 | 0.07 | 95.12 | -1.0 | 1.0 | 0.12 | 0.12 |
| 251.19Hz | -24.34 | 95.00 | 95.01 | 0.00 | 0.14 | 95.15 | -1.0 | 1.0 | 0.15 | 0.12 |
| 501.19Hz | -24.34 | 95.00 | 95.04 | 0.00 | 0.29 | 95.33 | -1.0 | 1.0 | 0.33 | 0.12 |
| 1995.3Hz | -24.14 | 95.00 | 95.05 | -0.01 | -0.02 | 95.02 | -1.0 | 1.0 | 0.02 | 0.12 |
| 3981.1Hz | -23.54 | 95.00 | 95.01 | -0.02 | -0.02 | 94.97 | -1.0 | 1.0 | -0.03 | 0.12 |
| 7943.3Hz | -21.34 | 95.00 | 95.01 | 0.00 | -0.01 | 95.00 | -2.5 | 1.5 | 0.00 | 0.12 |
| 15849Hz | -15.84 | 95.00 | 94.09 | 0.87 | 0.18 | 95.14 | -16.0 | 2.5 | 0.14 | 0.12 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801                                        Page 6 of 10

# Electrical signal tests of frequency weightings, Z weighting

Frequency response measured with electrical signal relative to level at 1 kHz in reference range. (clause 13)
Electrical and acoustical response and body influence corrections are adjusted with the respective correction values at the reference frequency, in accordance with clause 13.6

| | Input Level | Expected | Measured | Response Corr. | Body Influence | Corr. Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|---|---|---|---|
| | [dBV] | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| 1000Hz, Ref. | -24.34 | 95.00 | 95.00 | 0.00 | 0.00 | 95.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| 63.096Hz | -24.34 | 95.00 | 95.04 | 0.00 | 0.07 | 95.11 | -1.0 | 1.0 | 0.11 | 0.12 |
| 125.89Hz | -24.34 | 95.00 | 95.02 | 0.00 | 0.07 | 95.09 | -1.0 | 1.0 | 0.09 | 0.12 |
| 251.19Hz | -24.34 | 95.00 | 95.01 | 0.00 | 0.14 | 95.15 | -1.0 | 1.0 | 0.15 | 0.12 |
| 501.19Hz | -24.34 | 95.00 | 95.00 | 0.00 | 0.29 | 95.29 | -1.0 | 1.0 | 0.29 | 0.12 |
| 1995.3Hz | -24.34 | 95.00 | 95.01 | -0.01 | -0.02 | 94.98 | -1.0 | 1.0 | -0.02 | 0.12 |
| 3981.1Hz | -24.34 | 95.00 | 95.03 | -0.02 | -0.02 | 94.99 | -1.0 | 1.0 | -0.01 | 0.12 |
| 7943.3Hz | -24.34 | 95.00 | 95.01 | 0.00 | -0.01 | 95.00 | -2.5 | 1.5 | 0.00 | 0.12 |
| 15849Hz | -24.34 | 95.00 | 94.14 | 0.87 | 0.18 | 95.19 | -16.0 | 2.5 | 0.19 | 0.12 |

# Frequency and time weightings at 1 kHz

Frequency and time weighting measured at 1 kHz with electrical signal in reference range. Measured relative to A-weighted and Fast response. (clause 14)

| | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
| | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| LAF, Ref. | 94.00 | 94.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| LCF | 94.00 | 94.00 | -0.2 | 0.2 | 0.00 | 0.12 |
| LZF | 94.00 | 94.00 | -0.2 | 0.2 | 0.00 | 0.12 |
| LAS | 94.00 | 93.95 | -0.1 | 0.1 | -0.05 | 0.12 |
| LAeq | 94.00 | 93.99 | -0.1 | 0.1 | -0.01 | 0.12 |

# Long-term stability, Reference

Long-term stability over 25 to 35 minutes, with steady 1kHz signal at reference level. (clause 15)
Adjusting to reference level indication.

| | Measured | Accept - Limit | Accept + Limit | Deviation | Timestamp | Uncertainty |
|---|---|---|---|---|---|---|
| | [dB SPL] | [dB] | [dB] | [dB] | | [dB] |
| Reference | 94.00 | -0.5 | 0.5 | 0.00 | 2022-08-26 09:58:28 | 0.10 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

## Level linearity on the reference level range, Upper

Level linearity in reference range, measured at 8 kHz until overload. (clause 16)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| 94 dB | 94.00 | 93.99 | -0.2 | 0.2 | -0.01 | 0.13 |
| 99 dB | 99.00 | 99.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 104 dB | 104.00 | 104.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 109 dB | 109.00 | 109.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 114 dB | 114.00 | 114.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 119 dB | 119.00 | 119.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 124 dB | 124.00 | 124.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 129 dB | 129.00 | 128.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 134 dB | 134.00 | 133.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 135 dB | 135.00 | 134.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 136 dB | 136.00 | 135.98 | -0.8 | 0.8 | -0.02 | 0.13 |
| 137 dB | 137.00 | 136.98 | -0.8 | 0.8 | -0.02 | 0.13 |
| 138 dB | 138.00 | 137.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 139 dB | 139.00 | 138.98 | -0.8 | 0.8 | -0.02 | 0.13 |

## Level linearity on the reference level range, Lower

Level linearity in reference range, measured at 8 kHz down to lower limit, or until underrange. (clause 16)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| 94 dB | 94.00 | 94.00 | -0.2 | 0.2 | 0.00 | 0.13 |
| 89 dB | 89.00 | 88.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 84 dB | 84.00 | 83.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 79 dB | 79.00 | 78.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 74 dB | 74.00 | 73.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 69 dB | 69.00 | 68.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 64 dB | 64.00 | 63.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 59 dB | 59.00 | 58.98 | -0.8 | 0.8 | -0.02 | 0.13 |
| 54 dB | 54.00 | 53.99 | -0.8 | 0.8 | -0.01 | 0.13 |
| 49 dB | 49.00 | 49.00 | -0.8 | 0.8 | 0.00 | 0.13 |
| 44 dB | 44.00 | 44.01 | -0.8 | 0.8 | 0.01 | 0.13 |
| 39 dB | 39.00 | 39.03 | -0.8 | 0.8 | 0.03 | 0.24 |
| 34 dB | 34.00 | 34.04 | -0.8 | 0.8 | 0.04 | 0.24 |
| 30 dB | 30.00 | 30.11 | -0.8 | 0.8 | 0.11 | 0.24 |
| 29 dB | 29.00 | 29.13 | -0.8 | 0.8 | 0.13 | 0.24 |
| 28 dB | 28.00 | 28.16 | -0.8 | 0.8 | 0.16 | 0.24 |
| 27 dB | 27.00 | 27.20 | -0.8 | 0.8 | 0.20 | 0.24 |
| 26 dB | 26.00 | 26.24 | -0.8 | 0.8 | 0.24 | 0.24 |
| 25 dB | 25.00 | 25.29 | -0.8 | 0.8 | 0.29 | 0.24 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

## Toneburst response, Time-weighting Fast

Response to 4 kHz toneburst measured in reference range, relative to continuous signal. (clause 18)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous, Ref. | 137.00 | 137.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| 200 ms Burst | 136.00 | 135.99 | -0.5 | 0.5 | -0.01 | 0.12 |
| 2 ms Burst | 119.00 | 118.93 | -1.5 | 1.0 | -0.07 | 0.12 |
| 0.25 ms Burst | 110.00 | 109.85 | -3.0 | 1.0 | -0.15 | 0.12 |

## Toneburst response, Time-weighting Slow

Response to 4 kHz toneburst measured in reference range, relative to continuous signal. (clause 18)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous, Ref. | 137.00 | 137.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| 200 ms Burst | 129.60 | 129.60 | -0.5 | 0.5 | 0.00 | 0.12 |
| 2 ms Burst | 110.00 | 109.99 | -3.0 | 1.0 | -0.01 | 0.12 |

## Toneburst response, LAE

Response to 4 kHz toneburst measured in reference range, relative to continuous signal. (clause 18)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous, Ref. | 137.00 | 137.00 | -0.5 | 0.5 | 0.00 | 0.12 |
| 200 ms Burst | 130.00 | 129.99 | -0.5 | 0.5 | -0.01 | 0.12 |
| 2 ms Burst | 110.00 | 109.96 | -1.5 | 1.0 | -0.04 | 0.12 |
| 0.25 ms Burst | 101.00 | 100.85 | -3.0 | 1.0 | -0.15 | 0.12 |

## C-weighted peak sound level, 8 kHz

Peak-response to a 8 kHz single-cycle sine measured in least-sensitive range, relative to continuous signal. (clause 19)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous, Ref. | 132.00 | 132.00 | -0.5 | 0.5 | 0.00 | 0.09 |
| Single Sine | 135.40 | 135.37 | -2.0 | 2.0 | -0.03 | 0.20 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801

## C-weighted peak sound level, 500 Hz

Peak-response to a 500 Hz half-cycle sine measured in least-sensitive range, relative to continuous signal. (clause 19)

|  | Expected | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL] | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous, Ref. | 135.00 | 135.00 | -0.5 | 0.5 | 0.00 | 0.09 |
| Half-sine, Positive | 137.40 | 137.11 | -1.0 | 1.0 | -0.29 | 0.12 |
| Half-sine, Negative | 137.40 | 137.11 | -1.0 | 1.0 | -0.29 | 0.12 |

## Overload indication

Overload indication in the least sensitive range determined with a 4 kHz positive/negative half-cycle signal. (clause 20)

|  | Measured / Input Level | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|
|  | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| Continuous | 140.00 | -0.5 | 0.5 | 0.00 | 0.20 |
| Half-sine, Positive | 141.20 | -10.0 | 10.0 | 1.20 | 0.20 |
| Half-sine, Negative | 141.30 | -10.0 | 10.0 | 1.30 | 0.20 |
| Difference | 141.30 | -1.5 | 1.5 | 0.10 | 0.24 |

## Long-term stability, 1. relative

Long-term stability over 25 to 35 minutes, with steady 1kHz signal at reference level. (clause 15)
Relative to prior adjustment to reference level indication.

|  | Measured | Accept - Limit | Accept + Limit | Deviation | Timestamp | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL / Min] | [dB / Min] | [dB / Min] | [dB / Min] |  | [dB] |
| Measurement | 94.01 | -0.1 | 0.1 | 0.01 | 2022-08-26 10:15:29 | 0.10 |
| Time passed | 17.01 | 0.0 | 35.0 | 17.01 |  | 0.00 |

## High-level stability

High-level stability over 5 minutes, with steady 1kHz signal, 1dB below upper boundary. (clause 21)

|  | Measured | Accept - Limit | Accept + Limit | Deviation | Uncertainty |
|---|---|---|---|---|---|
|  | [dB SPL] | [dB] | [dB] | [dB] | [dB] |
| High-level, Ref. | 139.00 | -0.5 | 0.5 | 0.00 | 0.10 |
| High-level, after 5min | 139.00 | -0.1 | 0.1 | 0.00 | 0.10 |

CERTIFICATE OF CALIBRATION

Certificate No: CAS-596303-W7K3W4-801                    Page 10 of 10

## Long-term stability, 2. relative

Long-term stability over 25 to 35 minutes, with steady 1kHz signal at reference level. (clause 15)
Relative to prior adjustment to reference level indication.

|  | Measured | Accept - Limit | Accept + Limit | Deviation | Timestamp | Uncertainty |
|---|---|---|---|---|---|---|
|  | [dB SPL/ Min] | [dB / Min] | [dB / Min] | [dB / Min] |  | [dB] |
| Wait | 25.00 | 25.0 | 120.0 | 25.00 |  | 0.00 |
| Measurement | 94.01 | -0.1 | 0.1 | 0.01 | 2022-08-26 10:23:55 | 0.10 |

## Environmental conditions, Following calibration

Actual environmental conditions following calibration. (clause 7)

|  | Expected | Accept - Limit | Accept + Limit | Measured |
|---|---|---|---|---|
|  |  |  |  | [Deg / kPa / %RH] |
| Air temperature | 23.00 | -3.00 | 3.00 | 22.70 |
| Air pressure | 101.30 | -21.30 | 3.70 | 98.10 |
| Relative humidity | 50.00 | -25.00 | 20.00 | 50.80 |