UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
41-45 PROPERTY OWNER, LLC,
                        Plaintiff,

-against-

CDM1, LLC,
                        Defendant.
------------------------------------------------------------ X

22 Civ. 8634 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a bench trial is currently scheduled to begin on Monday October 6, 2025, at 10:00 a.m. and conclude on the same day.

WHEREAS, the Court has been informed that Plaintiff's witness, Ms. Kathy Brandvold, and Defendant's witness, Mr. Jim Cicalo, will be testifying remotely. It is hereby

**ORDERED** that Ms. Brandvold's testimony shall begin at approximately 3:00 p.m. Mr. Cicalo's cross-examination will begin at 3:30 p.m or directly following Ms. Brandvold's testimony, whichever is later. The parties shall have these witnesses prepared to testify at the above times from a physical location with a stable internet connection. The Court has circulated a videoconference link to the parties.

Dated: October 3, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE