UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                          :
41-45 PROPERTY OWNER, LLC,                                 :
                                    Plaintiff,            :
                                                          :        22 Civ. 8634 (LGS)
                    -against-                             :
                                                          :        ORDER
CDM1, LLC,                                                 :
                                    Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on March 7, 2025, the parties submitted proposed findings of fact and conclusions of law ("FFCLs") at Dkt. Nos. 109 and 112.

      WHEREAS, a bench trial was conducted on October 6, 2025.  It is hereby

      **ORDERED** that by **November 11, 2025**, the parties shall file amended versions of the FFCLs.  The amended FFCLs shall include citations to the trial transcript and references to any new issues which were discussed at trial.  The amended FFCLs shall not exceed 40 pages in length.  It is further

      **ORDERED** that by **November 11, 2025**, the parties may file memoranda of law concerning any outstanding legal issues from trial.  The memoranda shall not exceed 10 pages in length.  It is further

      **ORDERED** that by **November 19, 2025**, the parties may file oppositions to each other's memoranda of law.  The oppositions shall not exceed 5 pages in length.

Dated: October 7, 2025
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE