# OVED & OVED
## ATTORNEYS

October 31, 2025

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *41-45 Property Owner, LLC v. CDM1, LLC,*
<u>Case No. 22-cv-08634 (LGS)</u>

Dear Judge Schofield:

      This firm represents Plaintiff 41-45 Property Owner, LLC ("Sponsor") in the above-referenced matter. We write to request that the deadline to file post-trial briefing be adjourned for less than one week, from Tuesday, November 11, 2025 to November 17, 2025 (the following Monday). The reason for this requested adjournment is that, since our bench trial concluded, the only members of my team familiar with this matter have been engaged in preparing for, conducting, and supporting a multi-week arbitration hearing, and that will continue (without me) for more than the next two weeks. In addition, since our trial before Your Honor, I have conducted several depositions and a full-day mediation. As noted at the hearing, I am leaving tomorrow morning for a trip with my family out of the country that we planned nearly a year ago, and I do not return until the evening of November 12th.

      In light of the foregoing, I respectfully request this brief, less than one week, adjournment of time for us (and opposing counsel) to submit post-trial briefing. There will be no cognizable prejudice from this brief adjournment. I previously requested opposing counsel's consent to a larger adjournment and was advised no consent would be given to any adjournment.

      We are available today to speak should the Court wish to schedule a conference and thank the Court for its continued time and attention to this matter.

Respectfully submitted,

Aaron J. Solomon

cc: All counsel (*via* ECF)

---

Application **granted**.

The deadlines for the parties to file amended versions of the FFCLs (as defined in the Order dated October 7, 2025, at Dkt. No. 164) and memoranda of law concerning any outstanding legal issues from trial are **ADJOURNED** to **November 17, 2025**. The deadline for oppositions is **ADJOURNED** to **November 24, 2025**.

All other requirements set forth in the Order dated October 7, 2025, remain unchanged. The parties are advised that no further extensions will be granted.

Dated: November 3, 2025
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE