UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

41-45 PROPERTY OWNER, LLC,
Plaintiff,

-against-

CDM1, LLC,
Defendant.

------------------------------------------------------------X

22 Civ. 8634 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 29, 2025, Defendant CDM1, LLC ("CDM1") provided the Court with CDM1's depositions and 41-45 Property Owner, LLC's ("Sponsor") counter-designations of the deposition testimony of Sponsor's corporate representatives, Victor Confeiterio and Henry Bethray (Dkt. 155).

WHEREAS, a bench trial was held on October 6, 2025. It is hereby

**ORDERED** that, by **September 1, 2026**, the parties shall file a letter identifying the specific deposition designations used at trial.

Dated: August 26, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE