**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

41-45 PROPERTY OWNER, LLC,

Plaintiff,

-against-

22 **CIVIL** 8634 (LGS)

# <u>JUDGMENT</u>

CDM1, LLC,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated September 28, 2026, judgment is entered for Plaintiff. Plaintiff is awarded damages in the amount of the Deposit ($8,500,000), plus interest actually earned on the Deposit until the date of payment to Sponsor, plus reasonable attorneys' fees and disbursements. To avoid additional costs for potential motion practice, the parties shall exchange documentation and confer in good faith to resolve the amount of fees and disbursements due. The parties shall file a joint letter by October 12, 2026, regarding the status of those discussions. If the parties are unable to agree on the amount of fees and disbursements due, the joint letter shall propose a briefing schedule for Plaintiff's fee application; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**